UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2021

Frankie Monegro,

       Plaintiff,

—v—

Arthur Andrew Medical, Inc.,

       Defendant.

21-cv-1684 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Court's Orders of March 10, 2021 (Dkt. No. 5), and May 10, 2021 (Dkt. No. 10), the parties were required to submit a joint letter and proposed case management plan at least seven days before the initial pretrial conference scheduled for May 21, 2021. The parties have not done so. The parties are ORDERED to file their joint letter and proposed case management plan by May 18, 2021.

SO ORDERED.

Dated: May 17, 2021
New York, New York

                            ALISON J. NATHAN
                            United States District Judge